B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCune, Scot Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **6809** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4619 S Abilene Circle**<br>**Aurora, CO**<br>ZIPCODE **80015** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Arapahoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                        Nonmain Proceeding |

| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR<br>COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,000 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,000 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McCune, Scot Michael** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| <div align="center">**Exhibit A**</div>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | <div align="center">**Exhibit B**</div><div align="center">(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)</div>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         Date |
|---|---|

<div align="center">

**Exhibit C**
</div>

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

---

<div align="center">

**Exhibit D**
</div>

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

<div align="center">

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
</div>

    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

<div align="center">

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
</div>

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

<div align="center">(Name of landlord that obtained judgment)</div>

_____

<div align="center">(Address of landlord)</div>

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McCune, Scot Michael** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scot Michael McCune**
Signature of Debtor                                    **Scot Michael McCune**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
**May 7, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Charles S Parnell**
Signature of Attorney for Debtor(s)

**Charles S Parnell 18943**
**Parnell & Associates, P.C.**
**4891 Independence Street, Suite 240**
**Wheat Ridge, CO 00033-6792**
**(303) 234-0574  Fax: (303) 234-1415**
**charles@cparnell.com**

**May 7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McCune, Scot Michael _____   Case No. _____
Debtor(s)

## VOLUNTARY PETITION
### Continuation Sheet - Page 1 of 1

All Other Names used by the Debtor in the last 8 years:

  **fmem Cherry Creek Strategic Advisors LLC**
  **fmem Lighthouse Recovery Associates LLC**
  **mem  SBG Acquistions LLC**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                                    Case No. _____

**McCune, Scot Michael**                                                  Chapter **7** _____

<div style="text-align:center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Scot Michael McCune** _____

Date: **May  7, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 00121-CO-CC-025420554



00121-CO-CC-025420554

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 22, 2015</u>, at <u>5:45</u> o'clock <u>PM MDT</u>, <u>Scot McCune</u> received from <u>Mpowered</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>April 23, 2015</u>          By:     <u>/s/Janae Olinger</u>

Name:   <u>Janae Olinger</u>

Title:   <u>Office Manager</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                 Case No. _____

**McCune, Scot Michael**
_____   Chapter **7**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 43,875.00 | 2014 - Cherry Creek Strategic Advisors |
| 77,634.00 | 2013 - Cherry Creek Strategic Advisors |
| 18,000.00 | 2015 - SBG Acquisitions |
| 61,115.00 | 2014 - SBG Acquisitions |
| 50,600.00 | 2013 - SBG Acquisitions |

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 13,000.00 | 2014 - Unemployment Insurance (Approximately) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pari Investors V Lighthouse Recovery Associates, LLC and Annette Powell  Case No. 11CV4985** | **Breach of Contract** | **District Court Jefferson County** | **Dismissed** |
| **Nedra Williams V Powell Law Office and Annette Powell  Case No. 11CV02422G** | **Alleged FDCPA Violations** | **US District Court Northern District of Texas** | **Dismissed with Prejudice** |
| **Mary McNally V Lighthouse Recovery Associates, et al.  Case No. 11CV02061 GEB DAD** | **Alleged FDCPA Violations** | **US District Court Eastern District of California** | **Case Pending - Disputed** |
| **Markelle Starr V Lighthouse Recovery Associates, et al.  Case No. 11CV00070RJJ** | **Alleged FDCPA Violations** | **US District Court Western District of Michigan** | **Dismissed with Prejudice** |
| **Natasha Simmons V Powell Law Office, et al.  Case No. 11-0654** | **Alleged FDCPA Violations** | **District Court 17th Judicial -Broward County FL** | **Dismissed with Prejudice** |
| **Jeffrey Burkhart V TCB Receivable Management, et al. Case No. 11CV00811 WMS** | **Alleged FDCPA Violations** | **US District Court Western District of Texas** | **Dismissed with Prejudice** |
| **Mindy Burton V Powell Law Office, et al.  Case No. 11CV02619 RBJ** | **Alleged FDCPA Violations** | **US District Court District of Colorado** | **Dismissed** |
| **Julie Ferren V Powell Law Office, et al.  Case No. 12CV00411** | **Alleged FDCPA Violations** | **US District Court Northern District of Illinois** | **Judgement** |
| **Robbin Gill V Powell Law Office, et al.  Case No. 12CV1035 RPM KLM** | **Alleged FDCPA Violations** | **US District Court District of Colorado** | **Pending** |
| **Ingrid Devlin V Powell Law Office, et al.  Case No. 11CV01549 CEJ** | **Alleged FDCPA Violations** | **US District Court Eastern District of Missouri** | **Dismissed with Prejudice** |
| **Angela Smith V Lighthouse Recovery Associates, et al.** | **Alleged FDCPA Violations** | **US District Court District of South California** | **Dismissed with Prejudice** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case No. 11CV02229

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Jason Pack V Powell Law Office, et al.  Case No. 11CV02173 REB CBS** | **Alleged FDCPA Violations** | **US District Court District of Colorado** | **Dismissed with Prejudice** |
| **Tom Marlin, et al. V Powell Law Office, et al.  Case No. 11CV1137 JMS TAB** | **Alleged FDCPA Violations** | **US District Court Southern District Of Indiana** | **Default/No Judgement - Disputed** |
| **Andrea Adams V  Powell Law Office, et al.  Case No. 11CV02061 GEB DAD** | **Alleged FDCPA Violations** | **US District Court Eastern District of California** | **Breached Settlement** |
| **Heather Ricks V Powell Law Office, et al.  Case No. 11CV00667** | **Alleged FDCPA Violations** | **US District Court Southern District of Ohio** | **Dismissed** |
| **Todd Tucker V Powell Law Office, et al.  Case No. 11CV06055 RTD** | **Alleged FDCPA Violations** | **US District Court Western District of Arkansas** | **Breached Settlement** |
| **Crystal Dudley V Powell Law Office, et al.  Case No. 11CV05409** | **Alleged FDCPA Violations** | **US District Court Western District of Washington** | **Dismissed** |
| **Carlyn Floyd V Powell Law Office, et al.  Case No. 11CV10865 VAR MKM** | **Alleged FDCPA Violations** | **US District Court Eastern District of Michigan** | **Dismissed with Prejudice** |
| **Tumlinson V Powell Law Office, et al.  Case No. 371138** | **Alleged FDCPA Violations** | **County Court Bexar County** | **Dismissed with Prejudice** |
| **Jennifer Pratt V Powell Law Office, et al.  Case No. 11CV00754 MSK MJW** | **Alleged FDCPA Violations** | **US District Court** | **Dismissed with Prejudice** |
| **Sharon Morris V Powell Law Office  Case No. 11CV04488 FMO** | **Alleged FDCPA Violations** | **US District Court Central District Of California** | **Dismissed with Prejudice** |
| **Anthony Greco V Powell Law Office   Case No. 12C008872** | **Alleged FDCPA Violations** | **Superior Court Los Angeles County** | **Pending - Disputed** |
| **Hylan Debt Fund LLC V SBG Acquistions LLC, Robert W. Barry,  Scot McCune** | **Summons & Complaint** | **State of New York Supreme Court : County of Erie** | |
| **Mary Elizabeth Reid V Cherry Creek Strategic Advisors LLC Case No. 14CV3339** | **Alleged FDCPA Violations** | **Lackawanna County Court of Common Pleas** | **Judgement** |
| **Angela Laird V Cherry Creek Strategic Advisors LLC, et al. Case No. 3:14-cv-906-HZ** | **Summons & Complaint** | **US District Court District of Oregon** | |
| **Samantha Gearhart V Cherry Creek Strategic Advisors LLC, et al.  Case No.  4:14-cv-01139- MEM** | **Summons & Complaint** | **US District Court Middle District of Pennsylvania** | |
| **Alvin & Rimma Schlesinger V Cherry Creek Strategic Advisors LLC   Case No. 2:14-cv-03876 AB AJW** | **Summons & Complaint** | **US District Court Central District of California** | |
| **Susan Pompeo V Cherry Creek Strategic Advisors LLC  Case No. 14-cv-0668** | **Summons & Complaint** | **US District Court Western District of Pennsylvania** | |
| **Cindy McWatters V Cherry Creek Strategic Advisory LLC a Wyoming limited liability company Case No. 1:13-cv-01229** | **Summons & Complaint** | **US District Court Western District of Michigan Southern Division** | |
| **Powell Law Office et al v Lighthouse Recovery Associates** | **Business Dispute** | **District Court, County of Douglas, State of Colorado** | **Pending** |

**LLC et al**
**2013CV30651**

**4000 Justice Way, Suite 2009,**
**Castle Rock, CO 80109**

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Cheryl Boline** | **Mother** | **12/14** | **$300** |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$600** | **Gambling** | **01/15 & 02/15** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Charles S. Parnell**<br>**4891 Independence Street, Suite 240**<br>**Wheat Ridge, CO  80033** | **12/14, 03/15, 05/15** | **3,000.00** |
| **MPowered**<br>**2009 Wadsworth Blvd., Ste. 100**<br>**Lakewood, CO  80214** | **04/15** | **39.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY
SBG Acquisitions LLC
4950 S Yosemite Street #F2-241
Greenwood Village, CO  80111

SBG leases a 2013 BMW X3 that is in the possession of debtor

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lighthouse Recovery Associates LLC** | | **11550 E Arapahoe Road #150 Centennial, CO  80112-0000** | **Debt Collection** | **2006 - 2012** |
| **50% Owner** | | | | |
| **Cherry Creek Strategic Advisors LLC** | | **4380 S Syracuse Street Ste 200 Denver, CO  80237-2624** | **Debt Collection** | **2013 - 2014** |
| **33% Owner** | | | | |
| **SBG Acquisitions LLC** | | **4950 S Yosemite Street #F2-241 Greenwood Village, CO  80111-0000** | **Asset Management** | **2012 - present** |
| **50% Owner** | | | | |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Pelya Pasechnyuk Employee** | **2013** |
| **Scot McCune 4619 S Abilene Circle Aurora, CO  80015** | **2006 - 2015** |
| **Diana Bustamante Denver,** | **2015** |
| **Stephanie Medina Employee** | **2013** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Various State Agencies** | **2013** |
| **Cherry Creek Strategic Advisors LLC** | |

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **May  7, 2015** _____  Signature  ***/s/ Scot Michael McCune*** _____

                                             of Debtor                                    **Scot Michael McCune**

Date: _____  Signature  _____

                                             of Joint Debtor
                                             (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                          Case No. _____

**McCune, Scot Michael**                                                      Chapter **7** _____
_____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 11,192.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 244,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | $ 1,349,921.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 4,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 4,490.00 |
| TOTAL | | 50 | $ 11,192.00 | $ 1,593,921.43 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                          Case No. _____

**McCune, Scot Michael**                                        Chapter **7** _____
_____
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **McCune, Scot Michael** _____  Case No. _____
                            Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **McCune, Scot Michael** _____   Case No. _____

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | 117.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bellco Credit Union - Checking** | | 25.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Living Room, Dining Room, Master Bedroom Furniture, Kitchen Appliances & Utensils, Bathroom Supplies & Linens, (2) TVs, Cell Phone, Computer** | | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, CDs, DVDs** | | 100.00 |
| 6.  Wearing apparel. | | **Clothing** | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Nikon 35mm and lenses** | | 250.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SBG Acquisitions LLC (50% owner)** | | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____

_____Debtor(s)_____                    _____(If known)_____

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Chris Auriema - Personal Loan (does not appear to be collectible)** | | **8,000.00** |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2013 and 2014 tax refunds** | | **unknown** |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | | **Cat** | | **0.00** |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **McCune, Scot Michael**
_____        Case No. _____
                         Debtor(s)                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **11,192.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

IN RE **McCune, Scot Michael**                                        Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **75%** | 117.00 |
| **Bellco Credit Union - Checking** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **75%** | 25.00 |
| **Living Room, Dining Room, Master Bedroom Furniture, Kitchen Appliances & Utensils, Bathroom Supplies & Linens, (2) TVs, Cell Phone, Computer** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **2,500.00** | 2,500.00 |
| **Books, CDs, DVDs** | **Colo. Rev. Stat. § 13-54-102(1)(c)** | **100.00** | 100.00 |
| **Clothing** | **Colo. Rev. Stat. § 13-54-102(1)(a)** | **200.00** | 200.00 |
| **Nikon 35mm and lenses** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **250.00** | 250.00 |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D **(Official Form 6D) (12/07)**

IN RE **McCune, Scot Michael**
_____   Case No. _____
Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** McCune, Scot Michael _____   Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE McCune, Scot Michael
_____   Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6809**<br><br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | | **Trust Fund Recovery Penalties** | | | | **244,000.00** | **244,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **244,000.00**   $ **244,000.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **244,000.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **244,000.00**   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE McCune, Scot Michael _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A&O Acquistions LLC**<br>**14850 Hwy 4 Ste A154**<br>**Discovery Bay, CA  94505** | | | **Business** | | | | **1,300.00** |
| ACCOUNT NO.<br><br>**Adolpho Villalpando**<br>**C/O David Lilley**<br>**1912 Loop 11**<br>**Wichita Falls, TX  76306** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **6541**<br><br>**Advanta Credit Card**<br>**PO Box 660676**<br>**Dallas, TX  75266-0676** | X | | **Credit Card** | | | | **676.21** |
| ACCOUNT NO. **4488**<br><br>**Aimee Morris Law**<br>**RE Sharon Morris**<br>**8400  Miramar Rd #200-230A**<br>**San Diego, CA  92126** | | | **Business** | | | | **0.00** |

____**28**____ continuation sheets attached

Subtotal
(Total of this page) $　**1,976.21**

Total
(Use only on last page of the completed schedule. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____
          <u>Debtor(s)</u>                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0679** <br><br>**Alan Hall**<br>**C/O Todd Friedman PC Law Office**<br>**369 South Doheny Dr Ste 415**<br>**Beverly Hills, CA  90211** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **2680** <br><br>**Alexander Priel**<br>**C/O Philip D Zuzolo**<br>**700 Youngstown - Warren Rd**<br>**Niles, OH  44446** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **3876** <br><br>**Alvin & Rimma Schlesinger**<br>**C/O Rory C Leisinger, Price Law Grp**<br>**15760 Ventura Blvd Ste 1100**<br>**Encino, CA  91436** | | | **Business** | | | | **5,376.90** |
| ACCOUNT NO. **3222** <br><br>**Amber Siekman**<br>**C/O David Marco - Smith Marco Law Firm**<br>**205 North Michigan Ave Ste 2940**<br>**Chicago, IL  60601** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **2061** <br><br>**Andrea Renee Adams**<br>**C/O Robert Steven Gimblin II**<br>**1700 Poole Blvd**<br>**Yuba City, CA  95993** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br><br>**Jeremy Winter**<br>**Debt Reset Inc**<br>**1300 Ethan Way # 125**<br>**Sacramento, CA  95825** | | | **Assignee or other notification for:**<br>**Andrea Renee Adams** | | | | |
| ACCOUNT NO. <br><br>**Aimee Morris Law**<br>**8400  Miramar Rd #200-230A**<br>**San Diego, CA  92126** | | | **Assignee or other notification for:**<br>**Andrea Renee Adams** | | | | |

Sheet no. ____**1**____ of ____**28**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,376.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael _____    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Andrew Gonzales** <br> **416 Chatamridge Ct** <br> **Fort Worth, TX 76052** | | | **Business** | | | | **5,000.00** |
| ACCOUNT NO. **6320** <br> **Andrey Vabishchevich** <br> **C/O Bruce Warren** <br> **58 Euclid St** <br> **Woodburry, NJ 08096** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **0223** <br> **Andy Butzlaff** <br> **C/O Michael S Arguss - Krohn & Moss Ltd** <br> **10474 Santa Monica Blvd Ste 401** <br> **Los Angeles, CA 90025** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Tina M Dahle** <br> **700 E Walnut Street** <br> **Green Bay, WI 54301** | | | **Assignee or other notification for:** <br> **Andy Butzlaff** | | | | |
| ACCOUNT NO. **0960** <br> **Angela Laird Aka Angela Dinger** <br> **C/O Joshua Trigsted, Trigsted Law Grp PC** <br> **5200 SW Meadows Ste 150** <br> **Lake Oswego, OR 97035** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **2229** <br> **Angela Smith** <br> **C/O Holly E Dowd - Weisberg & Meyers** <br> **5025 N Central Ave Ste 602** <br> **Phoenix, AZ 85012** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Annette Marie Powell** <br> **3020 S Yates St** <br> **Denver, CO 80236-2025** | X | | **Business Dispute** | | | X | **unknown** |

Sheet no. **2** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE McCune, Scot Michael _____   Case No. _____
                  Debtor(s)                                           (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2204**<br>**Ashley Story**<br>**C/O Christie Arkovich**<br>**1520 W Cleveland St**<br>**Tampa, FL  33606** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **1060**<br>**Ashley Williams**<br>**C/O Jeffrey Daniel Wolfe -Jacoby & Meyer**<br>**101 N 1st Ave Ste 2400**<br>**Phoenix, AZ  85003** | | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Ava Moradieh-Kashan**<br>**C/O Hyflip & Taylor**<br>**1100 W Cermak Rd Suite B410**<br>**Chicago, IL  60608** | X | | **Claim of FDCPA violation** | | | | **unknown** |
| ACCOUNT NO.<br>**Behite T Mansour**<br>**C/O David M. Kaplan Atty At Law**<br>**2129 Five Miles Lane Rd**<br>**Penfield, NY  14526** | | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Betsy Hunt**<br>**C/O Thompson Law Group PC**<br>**400 Penn Center Blvd Suite 306**<br>**Pittsburgh, PA  15235** | X | | **FDCPA violation** | | | | **2,000.00** |
| ACCOUNT NO.<br>**Bobbie Jo Diebold - Credit Card Reseller**<br>**811 Newberry Lane**<br>**Chaska, MN  55318** | | | **Business** | | | | **400.00** |
| ACCOUNT NO. **1078**<br>**Brooking Weaver**<br>**C/O David M Larson, Atty At Law**<br>**88 Inverness Cir East Ste E-102**<br>**Englewood, CO  80112** | | | **Business** | | | | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **3** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,400.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
            Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Burr & Foreman** <br> **PO Box 830719** <br> **Birmingham, AL  35283-0719** | | | **Business** | | | | **1,902.16** |
| ACCOUNT NO. **0865** <br> **Carlyn Floyd** <br> **C/O Christopher C Hunter - Michael Argus** <br> **25240 Lahser Ste 2** <br> **Southfield, MI  48033** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Michael S Arguss** <br> **1400 Lincoln Tower** <br> **Fort Wayne, IN  46302** | | | **Assignee or other notification for:** <br> **Carlyn Floyd** | | | | |
| ACCOUNT NO. <br> **Jason Sims** <br> **2075 W Big Beaver Rd #200** <br> **Troy, MI  48084** | | | **Assignee or other notification for:** <br> **Carlyn Floyd** | | | | |
| ACCOUNT NO. **2289** <br> **Carolyn Thompson** <br> **C/O Marshall Meyers** <br> **5025 North Central Ave #602** <br> **Phoenix, AZ  85012** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **6817** <br> **Carrie Herr** <br> **C/O Alexander Weisberg -Weisberg & Meyer** <br> **5722 S Flamingo Rd** <br> **Cooper City, FL  33330** | X | | **Business** | | | | **5,657.00** |
| ACCOUNT NO. **2288** <br> **Casey Geary** <br> **C/O Ramo Robert Amador** <br> **9452 Telephone Rd Ste 156** <br> **Ventura, CA  93004** | | | **Business** | | | | **0.00** |

Sheet no. **4** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,559.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **McCune, Scot Michael**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CCI Acquisitions LLC** <br> **12105 Ne 9th Ave** <br> **North Miami, FL  33161** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **1445** <br> **Centura Health Porter** <br> **9395 Crown Crest Bkvd** <br> **Parker, CO  80138** | | | **Medical** | | | | **1,040.00** |
| ACCOUNT NO. <br> **BC Services** <br> **RE Centura Porter Hospital** <br> **451 21st Ave** <br> **Longmont, CO  80502** | | | **Assignee or other notification for:** <br> **Centura Health Porter** | | | | |
| ACCOUNT NO. <br> **Chem Oil** <br> **546 Oakland Space Court** <br> **Aurora, CO  80010** | | | **Business** | | | | **1,000.00** |
| ACCOUNT NO. <br> **Cherry Creek Strategic Advisors** <br> **4380 S Syracuse Street Ste 200** <br> **Denver, CO  80237-2624** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Cherrywood Enterprises LLC** <br> **8 Jerome Ct** <br> **Cheektowaga, NY  14227** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Colorado Attorney General** <br> **1300 Broadway 6th Floor** <br> **Denver, CO  80203** | X | | **Amounts ordered to be repaid to consumers** | | | | **26,000.00** |

Sheet no. **5** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **28,040.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
         Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Colorado Department Of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO  80261** | | | **2010 - State Income Taxes** | | | | **2,756.00** |
| ACCOUNT NO. **iple**<br>**Comcast Communications**<br>**PO Box 34227**<br>**Seattle, WA  98124-1227** | | | **Business** | | | | **1,648.60** |
| ACCOUNT NO. **2152**<br>**Courtney Ordway**<br>**C/O Craig Thor Kimmel**<br>**30 East Butler Ave**<br>**Ambler, PA  19002** | X | | **Business** | | | | **3,903.00** |
| ACCOUNT NO.<br>**Credigy Corporation**<br>**Aka Gryphon Corp**<br>**3715 Davinci Ct Ste 200**<br>**Norcross, GA  30092** | | | **Business** | | | | **60,000.00** |
| ACCOUNT NO.<br>**Crown Assets Management LLC**<br>**3100 Breckenridge Blvd #725**<br>**Duluth, GA  30096** | | | **Business** | | | | **8,000.00** |
| ACCOUNT NO. **5409**<br>**Crystal Dudley**<br>**C/O Sharon Dawn Cousineau**<br>**700 W Evergreen Blvd**<br>**Vancouver, WA  98660** | X | | **Business** | | | | **845.02** |
| ACCOUNT NO.<br>**Andrew David Shafer**<br>**Simburg Ketter Sheppard & Purdy**<br>**999 3rd Ave # 2525**<br>**Seattle, WA  98104** | | | **Assignee or other notification for:**<br>**Crystal Dudley** | | | | |

Sheet no. **6** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 77,152.62

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE McCune, Scot Michael _____   Case No. _____
                         Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CSS Impact Collection Solutions Software**<br>**5950 Canoga Ave Ste 120**<br>**Woodland Hills, CA  91367** | X | | **Business debt** | | | | **118,800.00** |
| ACCOUNT NO.<br>**CT Westgold LLC**<br>**11111 Santa Monica Blvd Ste 600**<br>**Los Angeles, CA  90025** | X | | **Business Lease** | | | | **120,000.00** |
| ACCOUNT NO.<br>**Philip Klass, Klass Law Group**<br>**2109 S Wadsworth Blvd, Ste 202**<br>**Lakewood, CO  80227** | | | **Assignee or other notification for:**<br>**CT Westgold LLC** | | | | |
| ACCOUNT NO.<br>**Cuzco Capital LLC**<br>**111 Great Neck Rd**<br>**Great Neck, NY  11021** | X | | **Business** | | | | **10,000.00** |
| ACCOUNT NO. **iple**<br>**Cynthia McWatters**<br>**C/O Gary D Nitzkin - Michigan Consumer**<br>**22142 West Nine Mile Rd**<br>**Southfield, MI  48033** | | | **Business** | | | | **20,000.00** |
| ACCOUNT NO. **2877**<br>**Damon Kenner**<br>**C/O Nicholas J Bontrager**<br>**369 S Doherty Dr Ste 415**<br>**Bverely Hills, CA  90211** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **3398**<br>**David Kaiser**<br>**C/O Craig J Ehrlich - Weisberg & Meyers**<br>**5025 N Central Ave #602**<br>**Phoenix, AZ  85012** | X | | **Business** | | | | **2,500.00** |

Sheet no. _____**7**_____ of _____**28**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **271,300.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **McCune, Scot Michael** _____ Case No. _____
             Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0382**<br>**Diane Hertzog**<br>**C/O Jacob J Scheiner**<br>**30 East 29th St Ste 204**<br>**New York, NY  10016** | | | **Business** | | | | **4,500.00** |
| ACCOUNT NO. **iple**<br>**Donna Carter**<br>**C/O Bruce Warren**<br>**58 Euclid St**<br>**Woodburry, NJ  08096** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**East Central Iowa Acute Care**<br>**Dr Jeff Curnes DO**<br>**1026 A Ave NE**<br>**Cedar Rapids, IA  52402** | X | | **Business debt** | | | | **10,000.00** |
| ACCOUNT NO. **1054**<br>**Ed Financial**<br>**120 N Seven Oaks Drive**<br>**Knoxville, TN  37922** | | | **Student Loans** | | | | **5,230.00** |
| ACCOUNT NO.<br>**Erin Landini**<br>**C/O Michael Arguss - Arguss Law Firm**<br>**4619 N Ravenswood Ave Ste 303A**<br>**Chicago, IL  60640** | | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**EZ Corp**<br>**1901 Capital Parkway**<br>**Austin, TX  78746** | | | **Business** | | | | **19,000.00** |
| ACCOUNT NO.<br>**First Financial Asset Mgmt Inc**<br>**230 Peachtree Street NE Ste 1700**<br>**Atlanta, GA  30303** | | | **Business** | | | | **1,000.00** |

Sheet no. ___**8**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **39,730.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____
                             Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Garry Davison** <br> **C/O Phillip Rogers** <br> **40 Pearl Street Ste 336** <br> **Grand Rapids, MI  49503** | X | | **Business** | | | | 0.00 |
| ACCOUNT NO. **2382** <br> **Gerald Thomas** <br> **C/O David Ali Chami - Price Law Grp APC** <br> **1204 E Baseline Rd Ste 102** <br> **Tempe, AZ  85283** | | | **Business** | | | | 0.00 |
| ACCOUNT NO. **4070** <br> **Glenn Brody** <br> **C/O Adam Maxwell - Krohn & Moss Ltd** <br> **10 N Dearborn 3rd Fl** <br> **Chicago, IL  60602** | X | | **Business** | | | | 0.00 |
| ACCOUNT NO. <br> **Global Software Services** <br> **7800 Belfort Pkwy Ste 100** <br> **Jacksonville, FL  32256** | | | **Business** | | | | 500.00 |
| ACCOUNT NO. <br> **Gregory L Strahr** <br> **C/O Hyflip & Taylor** <br> **1100 W Cermak Rd Suite B410** <br> **Chicago, IL  60608** | X | | **Claim of FDCPA violation** | | | | **unknown** |
| ACCOUNT NO. **0667** <br> **Heather Ricks** <br> **1 Prestige Pl Ste 700** <br> **Miamisburg, OH  45342-6148** | | | **Business** | | | | 4,913.97 |
| ACCOUNT NO. <br> **Mitchell Luxenberg** <br> **Luxenberg & Levin LLC** <br> **23875 Commerce Park** <br> **Beachwood, OH  44122** | | | **Assignee or other notification for:** <br> **Heather Ricks** | | | | |

Sheet no. ___**9**___ of ___**28**___ continuation sheets attached to                                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page) | $ **5,413.97**

                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE McCune, Scot Michael _____   Case No. _____
                          Debtor(s)                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> David B Levin <br> Allen Chern Law LLC <br> 79 W Monroe Street 5th Fl <br> Chicago, IL  60603 | | | Assignee or other notification for: <br> Heather Ricks | | | | |
| ACCOUNT NO. <br> Jeffrey Charles Turner <br> 8163 Old Yankee St Ste C <br> Dayton, OH  45458 | | | Assignee or other notification for: <br> Heather Ricks | | | | |
| ACCOUNT NO. <br> Holly Erb <br> C/O Craig K Perry & Associates <br> 8010 West Sahara Avenue Ste 260 <br> Las Vegas, NV  89130 | | | Business | | | | 19,500.00 |
| ACCOUNT NO. **iple** <br> Hylan Deb Fund LLC <br> 5477 Main St <br> Amherst, NY  14221 | | | Business | | | | 162,899.00 |
| ACCOUNT NO. <br> Goldberg Segalla <br> 665 Main Street Ste 400 <br> Buffalo, NY  14203-1425 | | | Assignee or other notification for: <br> Hylan Deb Fund LLC | | | | |
| ACCOUNT NO. **1549** <br> Ingrid Devlin <br> C/O Robert T Healy - Healy Law LLC <br> 640 Cepi Dr Ste 19 <br> Chesterfield, MO  63005 | | | Business | | | | 618.75 |
| ACCOUNT NO. <br> Charles Litow <br> Litow Law Office <br> 222 3rd Street Ste 319 <br> Cedar Rapids, IA  52401 | | | Assignee or other notification for: <br> Ingrid Devlin | | | | |

Sheet no. __10__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **183,017.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) – Cont.**

**IN RE** McCune, Scot Michael _____ Case No. _____
_____
Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IP5280<br>128i1 South Magnolia Way<br>Denver, CO 80224** | | | **Business** | | | | **50,000.00** |
| ACCOUNT NO.<br>**J Adam Dubberstein Law Firm LLC<br>225 S Executive Dr Ste 201<br>Brookfield, WI 53005** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **iple**<br>**James Mayer<br>C/O Lee Cassie Yates Clagett<br>2413 Ring Rd Ste 117<br>Elizabethtown, NY 42701** | | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Ryan Lee<br>Krohn & Moss Ltd<br>10474 Santa Monica Blvd #401<br>Los Angeles, CA 90025** | | | **Assignee or other notification for:<br>James Mayer** | | | | |
| ACCOUNT NO. **0462**<br>**Janette Wilkinson<br>C/O Paul T Krispin - Smith Marco Law<br>205 N Michigan Ave #2940<br>Chicago, IL 60601** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **2173**<br>**Jason Pack<br>C/O Jill Gookin - Gookin Law LLC<br>1635 Foxtrail Dr<br>Loveland, CO 80538** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **1577**<br>**Jazzma Lavalais<br>C/O Ryan Lee - Krohn & Moss Ltd<br>10474 Santa Monica Blvd Ste 401<br>Los Angeles, CA 90025** | X | | **Business** | | | | **0.00** |

Sheet no. __11__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **50,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE McCune, Scot Michael _____   Case No. _____
                          Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Jefferson Capital Systems LLC**<br>**16 McLeland Rd**<br>**St Cloud, MN  56303** | | | **Business** | | | | **2,200.00** |
| ACCOUNT NO.<br><br>**Jeffrey T Holynski**<br>**4295 East Mexico Ave #210**<br>**Denver, CO  80222** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **2812**<br><br>**Jenee Rhett**<br>**C/O David S Waltzer - Waltzer Law Grp**<br>**1 Central Ave Ste 307**<br>**Tarrytown, NY  10591** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **0754**<br><br>**Jennifer Pratt**<br>**C/O Brent F Vullingo - Bruce Warren**<br>**93 Old York Rd Ste 333**<br>**Jenkinstown, PA  19046** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **0003**<br><br>**Jerry Leininger**<br>**C/O Holli D Colburn - Krohn & Moss Ltd**<br>**10474 Santa Monica Blvd Ste 401**<br>**Los Angeles, CA  90025** | | | **Business** | | | | **3,776.50** |
| ACCOUNT NO. **iple**<br><br>**Jessica Barbara McLaughlin Erickson**<br>**C/O  Bruce Warren - Warren Law Grp PC**<br>**58 Euclid Street**<br>**Woodburry, NJ  08096** | X | | **Business** | | | | **3,175.00** |
| ACCOUNT NO. **1157**<br><br>**John Christensen**<br>**C/O Andrea Darrow Smith - Hyde & Swigart**<br>**7121 Magnolia Ave Ste 2940**<br>**Riverside, CA  92504** | X | | **Business** | | | | **12,040.65** |

Sheet no. __12__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **21,192.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
            Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0674** <br> **John Cortes** <br> **C/O Joshua Swigart - Hyde & Swigart** <br> **2221 Camino Del Rio South Ste 101** <br> **San Diego, CA 92107** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **John Franzman** <br> **6841 South Yosemite St #110** <br> **Centennial, CO 80112** | | | **Business** | | | | **1,000.00** |
| ACCOUNT NO. **6163** <br> **Jonathan Catlin** <br> **PO Box 621** <br> **Naples, NY 14512** | | | **Business** | | | | **58,355.00** |
| ACCOUNT NO. **0816** <br> **Joy Lamgford** <br> **C/O Ryan Lee - Krohn & Moss Ltd** <br> **10474 Santa Monica Blvd Ste401** <br> **Los Angeles, CA 90025** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. **1614** <br> **Joyce Serratos** <br> **C/O David Marco - Smith Marco Law Firm** <br> **205 N Michigan Ave Ste 2940** <br> **Chicago, IL 60601** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **1845** <br> **JR Davis** <br> **C/O Cathleen Combs** <br> **20 S Clark St Ste 1500** <br> **Chicago, IL 60603** | X | | **Business** | | | | **8,193.19** |
| ACCOUNT NO. **0411** <br> **Julie Ferren** <br> **C/O Richard John Meir - Meir LLC** <br> **53 W Jackson Ste 304** <br> **Chicago, IL 60604** | | | **Business** | | | | **4,595.00** |

Sheet no. **13** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **72,143.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
                                    Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Julie Gerren** <br> **C/O Richard Meir LLC** <br> **53 W Jackson Blvd Ste 709** <br> **Chicago, IL  60604** | | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Julie Martinez** <br> **155 Montrose Avenue Ste 200** <br> **Copley, OH  44321** | | | **Business** | | | | **2,000.00** |
| ACCOUNT NO. <br> **Karl Gibson** <br> **C/O** <br> **917 W 18th Street Suite 200** <br> **Chicago, IL  60608** | | | **Claim of FDCPA violation** | | | | **unknown** |
| ACCOUNT NO. **0292** <br> **Kevin Hegwood** <br> **C/O Michael S. Arguss** <br> **1400 Lincoln Tower** <br> **Fort Wayne, IN  46302** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. <br> **Harry Bradley** <br> **Krohn Moss Ltd** <br> **10 N Dearborn St 3rd Fl** <br> **Chicago, FL  60602** | | | **Assignee or other notification for:** <br> **Kevin Hegwood** | | | | |
| ACCOUNT NO. <br> **Nicholas Levi** <br> **Peter Valde Kightlinger & Gray LLP** <br> **151 N Delaware Street #600** <br> **Indianapolis, IN  46204** | | | **Assignee or other notification for:** <br> **Kevin Hegwood** | | | | |
| ACCOUNT NO. <br> **Kevin Whipple - Big Sky Research** <br> **PO Box 1356** <br> **Meridian, ID  83680** | | | **Business** | | | | **0.00** |

Sheet no. ___**14**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ca01**<br>**Knight Capital Funding**<br>**9 E Loockerman Street Ste 3A-543**<br>**Dover, DE  19901** | X | | Loan | | | | 60,834.78 |
| ACCOUNT NO. **2459**<br>**Lance Tacquard**<br>**C/O Law Ofc Of Daniel G Shay**<br>**409 Camino Del Rio South Ste 101B**<br>**San Diego, CA  92108** | | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**Law Office Of T Dean Malone**<br>**900 Jackson St Ste 730**<br>**Dallas, TX  75202-4482** | X | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**Lawrence Burguin**<br>**C/O Juliana C Fredman -Bay Area Legal**<br>**1035 Market St 6th Fl**<br>**San Francisco, CA  94103** | | | Business | | | | 0.00 |
| ACCOUNT NO. **0164**<br>**Leslie Davis**<br>**C/O Adam Theodore Hill - Krohn & Moss**<br>**10 N Dearborn 3rd Fl**<br>**Chicago, IL  60601** | X | | Business | | | | 0.00 |
| ACCOUNT NO. **3573**<br>**LexisNexis Risk & Information Analyics**<br>**1150 18th St NW Ste 600**<br>**Washington, DC  20036** | X | | Business | | | | 30,470.39 |
| ACCOUNT NO.<br>**Lighthouse Recovery Associates LLC**<br>**4380 S Syracuse St #200**<br>**Denver, CO  80237-2607** | | | Business | | | | 0.00 |

Sheet no. __15__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 91,305.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____
<div align="center">Debtor(s)                                                          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2818**<br>**LiveVox Inc**<br>**450 Sansome St 9th Fl**<br>**San Francisco, CA  94111** | | | **Business Judgement** | | | | 60,982.22 |
| ACCOUNT NO. **0339**<br>**Lynda Fisher**<br>**C/O Paul Weig - Weig Law Firm LLC**<br>**3101 Irving Ave  S**<br>**Minneapolis, MN  55408** | X | | **Business** | | | | 2,464.00 |
| ACCOUNT NO. **1985**<br>**Marcella Eady**<br>**C/O David Marco - Smith Marco Law Firm**<br>**205 North Michigan Ave Ste2940**<br>**Chicgao, IL  60601** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**Mark Paulson**<br>**1079 Colette Pl**<br>**Saint Paul, MN  55116** | | | **Business** | | | | 0.00 |
| ACCOUNT NO. **0070**<br>**Markelle Starr**<br>**C/O - Phillip C Rogers**<br>**40 Pearl St Ste 336**<br>**Grand Rapids, MI  49503** | X | | **Business** | | | | 4,633.75 |
| ACCOUNT NO.<br>**Jason Sims**<br>**2075 W Big Beaver Rd #200**<br>**Troy, MI  48084** | | | **Assignee or other notification for:**<br>**Markelle Starr** | | | | |
| ACCOUNT NO.<br>**Richard  Tuyn**<br>**Ogletree Deakins Nash Smoak & Stewart**<br>**33 Bloomfield Hills Pkwy #120**<br>**Bloomfield, MI  48304** | | | **Assignee or other notification for:**<br>**Markelle Starr** | | | | |

Sheet no. ___16___ of ___28___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **68,079.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 4 Cont.

**IN RE** McCune, Scot Michael
_____     Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2850**<br>**Mary Baranczyk**<br>**C/O Amber N. Garry**<br>**1300 AT&T Tower 901 Marquette Ave**<br>**Minneapolis, MN  53402** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO. **3339**<br>**Mary Elizabeth Reid**<br>**C/O Brett Freeman Sabatini Law Firm LLC**<br>**216 N Blake Street**<br>**Dunmore, PA  18512** | | | **Business** | | | | **36,000.00** |
| ACCOUNT NO. **3284**<br>**Mary McNally**<br>**C/O Ronald S Weiss**<br>**7035 Orchard Lake Rd Ste 600**<br>**West Bloomfield, MI  48322** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Jason Sims**<br>**2075 W Big Beaver Rd #200**<br>**Troy, MI  48084** | | | **Assignee or other notification for:**<br>**Mary McNally** | | | | |
| ACCOUNT NO.<br>**Mason Douglas LLC**<br>**2285 Arrowhead Circle**<br>**Santa Clara, UT  84765** | | | **Business** | | | | **200.00** |
| ACCOUNT NO.<br>**Medina Moyet**<br>**C/O M Harvey Rephen & Assoc PC**<br>**708 3rd Ave 6th FL**<br>**New York, NY  10017** | | | **Business** | | | | **3,000.00** |
| ACCOUNT NO.<br>**Messer Stilp & Strickler**<br>**166 W Washington St Ste 300**<br>**Chicago, IL  60602** | | | **Business** | | | | **8,000.00** |

Sheet no. ___**17**___ of ___**28**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **47,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) – Cont.**

**IN RE** McCune, Scot Michael _____   Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4026** <br><br> **Metropolitan Pathologist PC** <br> **7444 W Alaska Dr Ste 250** <br> **Lakewood, CO  80226** | | | Medical | | | | 382.00 |
| ACCOUNT NO. <br><br> **BC Services** <br> **RE Centura Porter Hospital** <br> **451 21st Ave** <br> **Longmont, CO  80502** | | | Assignee or other notification for: <br> **Metropolitan Pathologist PC** | | | | |
| ACCOUNT NO. <br><br> **Michael Carnovale - MC Inc/Carnvale Grp** <br> **1300 Dexter Ave North Ste 500** <br> **Seattle, WA  98109** | | | Business | | | | 0.00 |
| ACCOUNT NO. **0482** <br><br> **Michael Rivera** <br> **C/O Brett Lusskin PA** <br> **20803 Biscayne Blvd Ste 302** <br> **Aventura, FL  33180** | | | Business | | | | 0.00 |
| ACCOUNT NO. <br><br> **Michael Wheeler** <br> **4304 Biscay Street** <br> **Denver, CO  80249** | X | | Business | | | | 0.00 |
| ACCOUNT NO. <br><br> **Midas Credit** <br> **PO Box 23741** <br> **Tampa, FL  33623** | | | Business | | | | 0.00 |
| ACCOUNT NO. **2619** <br><br> **Mindy Burton** <br> **C/O Nicholas James Priola** <br> **5754 W 11th St Ste 100** <br> **Greeley, CO  80634** | | | Business | | | | 0.00 |

Sheet no. **18** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)  $ 382.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____  Case No. _____
          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Myrick Law PC<br>8811 E Hampden Ave #220<br>Denver, CO  80231-4960** | | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**National Credit Adjusters<br>327 W 4th Ave<br>Hutchinson, KS  67501** | | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**National Recovery Solutions LLC<br>8809 Lenox Pointe Dr Ste E<br>Charlotte, NC  28273** | | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**National Registered Agents<br>100 Canal Pointe Blvd Ste 212<br>Princeton, NJ  08540** | | | Business | | | | 1,000.00 |
| ACCOUNT NO. **2422**<br>**Nedra Williams<br>C/O Dennis Kurz - Weisberg & Meyers LLC<br>9330 LBJ Freeway Ste 900<br>Dallas, TX  75243** | X | | Business | | | | 0.00 |
| ACCOUNT NO. **3286**<br>**Nicole Miles<br>C/O Timothy Sostrin<br>201 Moffet Rd<br>Lake Bluff, IL  60044** | X | | Business | | | | 0.00 |
| ACCOUNT NO.<br>**NorAm Capital Holdings Inc<br>15303 N Dallas Pkwy Ste 1030<br>Addison, TX  75001** | | | Business | | | | 0.00 |

Sheet no. **19** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____
<div style="text-align:center">Debtor(s)                                                        (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Novea Portfolio Management LLC**<br>**2124 NE 123rd St Ste 206**<br>**North Miami, FL  33181** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**Omega RMS LLC**<br>**7505 NW Tiffany Springs Pkwy Ste 500**<br>**Kansas City, MO  64153** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**One Click Data**<br>**8246 Northfield Blvd Ste 2500**<br>**Denver, CO  80238** | | | **Business debt** | | | | 20,000.00 |
| ACCOUNT NO.<br>**Pari Investors**<br>**1745 Shea Center Dr Ste 400**<br>**Highlands Ranch, CO  80129** | | | **Business** | | | | 3,300.00 |
| ACCOUNT NO.<br>**Holley Anderson & Polk**<br>**1667 Cole Blvd #100 Bldg 19**<br>**Lakewood, CO  80401** | | | **Assignee or other notification for:**<br>**Pari Investors** | | | | |
| ACCOUNT NO.<br>**Patricia McDonnell**<br>**C/O Revaz Chachanashvili Law Group PLLC**<br>**7118 Main Street Suite 2**<br>**Flushing, NY  11367** | X | | **FDCPA violation** | | | | 750.00 |
| ACCOUNT NO. **1087**<br>**Patrick Leddy**<br>**C/O Todd Friedman PC Law Office**<br>**324 S Beverly Dr Ste 725**<br>**Beverly Hills, CA  90212** | X | | **Business** | | | | 0.00 |

Sheet no. **20** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page)   $ 24,050.00</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael**　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0483** | X | | **Business** | | | | |
| **Pete Bistrian** C/O The Nichols Law Firm PLLC 115 East Travis St Suite 1740 San Antonio, TX  78205 | | | | | | | **0.00** |
| ACCOUNT NO. | | | **Business** | | | | |
| **Phillips Lytle LLP** 1 HSBC Center Ste 3400 Buffalo, NY  14203-2834 | | | | | | | **1,105.50** |
| ACCOUNT NO. | | | **Business** | | | | |
| **Pipeline Debt Consulting LLC** 13046 Racetrack Rd Tampa, FL  33626 | | | | | | | **500.00** |
| ACCOUNT NO. | | | **Business** | | | | |
| **Portfolio American Asset Management LLC** 14 Piedmont Center 3535 Piedmont Ste 410 Atlanta, GA  30305 | | | | | | | **1,000.00** |
| ACCOUNT NO. | X | | **Business Dispute** | | | X | |
| **Powell Law Office** C/O Holley Albertson & Polk PC 1667 Cole Blvd Bldg 19 Suite 100 Golden, CO  80401 | | | | | | | **unknown** |
| ACCOUNT NO. | | | **Business** | | | | |
| **Precise Financial Group LLC** 5005 W 81st Pl Ste 401 Westminster, CO  80031 | | | | | | | **1,000.00** |
| ACCOUNT NO. **6991** | | | **Medical** | | | | |
| **Radiology Imaging Associates, PC** PO Box 272011 Denver, CO  80227-9011 | | | | | | | **176.00** |

Sheet no. __**21**__ of __**28**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,781.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____

Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Revenue Enterprises**<br>**3131 S Vaughn Way Ste 426**<br>**Aurora, CO  80014** | | | Assignee or other notification for:<br>**Radiology Imaging Associates, PC** | | | | |
| ACCOUNT NO.<br>**Rapid Portfolio Management Services**<br>**1070 Lyons Lane**<br>**Marion, IA  52302** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**Razor Capital LLC**<br>**8000  Normam Center Dr**<br>**Bloomington, MN  55437** | | | **Business** | | | | 60,000.00 |
| ACCOUNT NO. **6937**<br>**Renkim Corporation**<br>**13333 Allen Road**<br>**Southgate, MI  48195** | | | **Business Judgement** | | | | 42,575.17 |
| ACCOUNT NO.<br>**Rob Monroe - Accelerated Debt Solutions**<br>**1735 Buford Highway Ste 215-328**<br>**Cumming, GA  30047** | | | **Business** | | | | 1,000.00 |
| ACCOUNT NO. **1035**<br>**Robbin Gill**<br>**C/O Lark H Fogel Law Office**<br>**PO Box 2486**<br>**Elizabeth, CO  80107** | X | | **Business** | | | | 2,500.00 |
| ACCOUNT NO. **0823**<br>**Ronald Gaspardo & Paula Baldwin**<br>**C/O Tom Vaitys - Vaitys Law**<br>**7670 N Port Washington #200**<br>**Milwaukee, WI  53217** | X | | **Business** | | | | 1,000.00 |

Sheet no. **22** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **107,075.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rosalio Walker**<br>**C/O David Philipps**<br>**9760 S Roberts Rd #0ne**<br>**Palos Hills, IL  60465** | X | | **Business** | | | | 0.00 |
| ACCOUNT NO. **1139**<br>**Samantha Gearhart**<br>**C/O Craig Thor Kimmel**<br>**30  E Butler Pike**<br>**Ambler, PA  19002** | | | **Business** | | | | 2,809.00 |
| ACCOUNT NO. **iple**<br>**Sandra Woodson**<br>**C/O David A Lilley - Alex Simarovsky**<br>**1912 Loop 11**<br>**Wichita Falls, TX  76306** | X | | **Business** | | | | 0.00 |
| ACCOUNT NO. **3172**<br>**Scottsdale Insurance Company**<br>**C/O Swett & Crawford Group**<br>**6510 S Millrock Dr**<br>**Salt Lake City, UT  84121** | | | **Business** | | | | 0.00 |
| ACCOUNT NO. **0013**<br>**Seven Anderson**<br>**C/O Holli D Colburn - Krohn & Moss Ltd**<br>**10474 Santa Monica Blvd Ste401**<br>**Los Angeles, CA  90025** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**Frederick E Nix**<br>**Laura Margulies & Associates LLC**<br>**6205 Executive Blvd**<br>**Rockville, MD  20852** | | | **Assignee or other notification for:**<br>**Seven Anderson** | | | | |
| ACCOUNT NO. **4293**<br>**Sharon Morris**<br>**C/O Todd Friedman PC Law Offices**<br>**324 S Beverly Dr Ste 725**<br>**Beverly, CA  90212** | X | | **Business** | | | | 0.00 |

Sheet no. **23** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,809.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) -- Cont.**

**IN RE** McCune, Scot Michael _____   Case No. _____
              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aimee Morris Law<br>8400  Miramar Rd #200-230A<br>San Diego, CA  92126** | | | **Assignee or other notification for:<br>Sharon Morris** | | | | |
| ACCOUNT NO.<br>**Darin Spence Shaw<br>Todd Friedman PC<br>324 S Beverly Dr #725<br>Beverly Hills, CA  90212** | | | **Assignee or other notification for:<br>Sharon Morris** | | | | |
| ACCOUNT NO.<br>**Shimshon Wexler<br>216 West 104th St<br>New York, NY  10025** | | | **Business** | | | | 1,500.00 |
| ACCOUNT NO.<br>**Singo Solution<br>5045 W Baseline Rd Bldg 105 # 250<br>Laveen, AZ  85339** | | | **Business** | | | | 300.00 |
| ACCOUNT NO. **1067**<br>**Steven H Pilgrim II<br>C/O Cassandra P Miller<br>20 South Clark St Ste 1500<br>Chicago, IL  60603** | | | **Business** | | | | 0.00 |
| ACCOUNT NO.<br>**Surety 1 Surety Solutions Insurance Srv<br>3225 Monier Circle Ste 100<br>Rancho Cordova, CA  95742** | | | **Business** | | | | 0.00 |
| ACCOUNT NO. **0668**<br>**Susan Pompeo<br>C/O Michael Arguss - Arguss Law Firm LLC<br>4619 N Ravenswood Ave Ste 303A<br>Chicago, IL  60640** | | | **Business** | | | | 2,610.00 |

Sheet no. __24__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **4,410.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** McCune, Scot Michael _____   Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2358** | | | **Business** | | | | |
| **Taletta Hankins** C/O Jared Hartman, Hartman Law Office 400 S Melrose Dr Ste 209 Vista, CA 92081 | | | | | | | 0.00 |
| ACCOUNT NO. **0324** | X | | **Business** | | | | |
| **Taquilla Potts** C/O Kimberly A Lucas - Mathis & Lucas 8226 Douglas Ave Ste 450 Dallas, TX 75225 | | | | | | | 0.00 |
| ACCOUNT NO. | | | **Assignee or other notification for: Taquilla Potts** | | | | |
| **W Keith Wier** Bush & Ramirez LLP 5615 Kirby Drive #900 Houston, TX 77005 | | | | | | | |
| ACCOUNT NO. **7155** | | | **Business** | | | | |
| **The Hartford Casualty Insurance Company** One Hartford Plaza T-12-B Hartford, CT 63550 | | | | | | | 0.00 |
| ACCOUNT NO. | | | **Business** | | | | |
| **The Salvo Law Firm PC** 165 Passaic Ave Ste 310 Fairfield, NJ 07004-3592 | | | | | | | 2,272.50 |
| ACCOUNT NO. | | | **Business** | | | | |
| **The Work Number** 11432 Lackland Rd Saint Louis, MO 63146 | | | | | | | 100.00 |
| ACCOUNT NO. | | | **Business** | | | | |
| **TLO - Transunion** 4530 Conference Way South Boca Raton, FL 33431 | | | | | | | 0.00 |

Sheet no. __25__ of __28__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,372.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** McCune, Scot Michael                                                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6055**<br>**Todd Tucker**<br>**C/O David A Marco & Larry Paul Smith**<br>**205 N Michigan Ave Ste 2940**<br>**Chicago, IL 60601** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Diana E Borgognoni Snyder**<br>**Wright Lindsey Jennings LLP**<br>**200 W Capital Ave #2300**<br>**Little Rock, AR 72201** | | | **Assignee or other notification for:**<br>**Todd Tucker** | | | | |
| ACCOUNT NO. **1137**<br>**Tom & Emily Marlin**<br>**5218 S East St #E1**<br>**Indianapolis, IN 46237** | | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Travelers Insurance**<br>**485 Lexington Ave**<br>**New York City, NY 10017** | X | | **Business** | | | | **0.00** |
| ACCOUNT NO.<br>**Troy Hansen**<br>**2401 S Federal Ave**<br>**Mason City, IA 50401** | X | | **Business** | | | | **unknown** |
| ACCOUNT NO.<br>**Tyjuan Gould**<br>**18004 Golden Spring Ct**<br>**Olney, MD 20832** | | | **Business** | | | | **102,000.00** |
| ACCOUNT NO. **0401**<br>**Tyson Marshek**<br>**1123 Tower Ct**<br>**Iowa City, IA 35246** | | | **Business** | | | | **0.00** |

Sheet no. **26** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **102,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____    Case No. _____
Debtor(s)                                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**United Debt Holdings LLC<br>4833 Front Street Unit B 243<br>Castle Rock, CO  80104** | | | Business | | | | **0.00** |
| ACCOUNT NO.<br>**United Healthcare<br>PO Box 29135<br>Hot Springs, AR  71903** | | | Business Insurance | | | | **20,000.00** |
| ACCOUNT NO. **iple**<br>**Vectra Bank<br>PO Box 1507<br>Salt Lake City, UT  84110** | X | | Business | | | | **14,000.00** |
| ACCOUNT NO. **2369**<br>**VeriCore<br>10115 Kincey Ave Ste 100<br>Huntersville, NC  28078** | | | Business | | | | **12,680.18** |
| ACCOUNT NO.<br>**Virginia & Takoshi Shimizu<br>202 N Las Flores Dr<br>Nipomo, CA  93444** | | | Business | | | | **45,000.00** |
| ACCOUNT NO. **0324**<br>**W Keith Wier  - Bush & Ramirez LLP<br>RE Taquilla Potts<br>5615 Kirby Drive #900<br>Houston, TX  77005** | | | Business | | | | **6,774.99** |
| ACCOUNT NO.<br>**Wellington Acquisition Group<br>Attn Jeff Silver<br>7554 Oak Grove Circle<br>Lake Worth, FL  33467** | | | Business debt | | | | **14,000.00** |

Sheet no. **27** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **112,455.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **McCune, Scot Michael**
_____   Case No. _____
                    Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ilpe** <br><br>**Wells Fargo Financial Cards**<br>**PO Box 14517**<br>**Des Moines, IA  50306** | | | **Business Credit Card** | | | | **10,699.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **28** of **28** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,699.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,349,921.43**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE <u>McCune, Scot Michael</u> _____   Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Tamarack Properties Inc**<br>**12865 Pointe Del Mar #200**<br>**Del Mar, CA  92014** | **SBG Acquisitions Monthly Lease - $1086.17** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **McCune, Scot Michael**                                                                    Case No. _____
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cherry Creek Strategic Advisors**<br>**4380 S Syracuse Street Ste 200**<br>**Denver, CO  80237-2624** | **Powell Law Office**<br>**C/O Holley Albertson & Polk PC**<br>**1667 Cole Blvd Bldg 19 Suite 100**<br>**Golden, CO  80401**<br><br>**CT Westgold LLC**<br>**11111 Santa Monica Blvd Ste 600**<br>**Los Angeles, CA  90025**<br><br>**Patricia McDonnell**<br>**C/O Revaz Chachanashvili Law Group PLLC**<br>**7118 Main Street Suite 2**<br>**Flushing, NY  11367**<br><br>**Ava Moradieh-Kashan**<br>**C/O Hyflip & Taylor**<br>**1100 W Cermak Rd Suite B410**<br>**Chicago, IL  60608**<br><br>**Gregory L Strahr**<br>**C/O Hyflip & Taylor**<br>**1100 W Cermak Rd Suite B410**<br>**Chicago, IL  60608**<br><br>**Pete Bistrian**<br>**C/O The Nichols Law Firm PLLC**<br>**115 East Travis St Suite 1740**<br>**San Antonio, TX  78205**<br><br>**Annette Marie Powell**<br>**3020 S Yates St**<br>**Denver, CO  80236-2025**<br><br>**Troy Hansen**<br>**2401 S Federal Ave**<br>**Mason City, IA  50401** |
| **Lighthouse Recovery Associates LLC**<br>**4380 S Syracuse St #200**<br>**Denver, CO  80237-2607** | **Advanta Credit Card**<br>**PO Box 660676**<br>**Dallas, TX  75266-0676**<br><br>**Colorado Attorney General**<br>**1300 Broadway 6th Floor**<br>**Denver, CO  80203**<br><br>**Powell Law Office**<br>**C/O Holley Albertson & Polk PC**<br>**1667 Cole Blvd Bldg 19 Suite 100**<br>**Golden, CO  80401**<br><br>**Annette Marie Powell** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **McCune, Scot Michael**
_____      Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert Barry**<br>**21012 Saddleback Circle**<br>**Parker, CO  80138** | 3020 S Yates St<br>Denver, CO  80236-2025<br><br>**Michael Wheeler**<br>**4304 Biscay Street**<br>**Denver, CO  80249**<br><br>**Betsy Hunt**<br>**C/O Thompson Law Group PC**<br>**400 Penn Center Blvd Suite 306**<br>**Pittsburgh, PA  15235**<br><br>**Advanta Credit Card**<br>**PO Box 660676**<br>**Dallas, TX  75266-0676**<br><br>**Vectra Bank**<br>**PO Box 1507**<br>**Salt Lake City, UT  84110**<br><br>**Knight Capital Funding**<br>**9 E Loockerman Street Ste 3A-543**<br>**Dover, DE  19901**<br><br>**LexisNexis Risk & Information Analyics**<br>**1150 18th St NW Ste 600**<br>**Washington, DC  20036**<br><br>**CSS Impact Collection Solutions Software**<br>**5950 Canoga Ave Ste 120**<br>**Woodland Hills, CA  91367**<br><br>**East Central Iowa Acute Care**<br>**Dr Jeff Curnes DO**<br>**1026 A Ave NE**<br>**Cedar Rapids, IA  52402**<br><br>**Travelers Insurance**<br>**485 Lexington Ave**<br>**New York City, NY  10017**<br><br>**Cuzco Capital LLC**<br>**111 Great Neck Rd**<br>**Great Neck, NY  11021**<br><br>**CCI Acquisitions LLC**<br>**12105 Ne 9th Ave**<br>**North Miami, FL  33161**<br><br>**Powell Law Office**<br>**C/O Holley Albertson & Polk PC**<br>**1667 Cole Blvd Bldg 19 Suite 100**<br>**Golden, CO  80401**<br><br>**CT Westgold LLC**<br>**11111 Santa Monica Blvd Ste 600**<br>**Los Angeles, CA  90025**<br><br>**Donna Carter** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE McCune, Scot Michael _____    Case No. _____
                               Debtor(s)                                        (If known)

## SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | C/O Bruce Warren<br>58 Euclid St<br>Woodburry, NJ 08096<br><br>Ronald Gaspardo & Paula Baldwin<br>C/O Tom Vaitys - Vaitys Law<br>7670 N Port Washington #200<br>Milwaukee, WI 53217<br><br>Rosalio Walker<br>C/O David Philipps<br>9760 S Roberts Rd #0ne<br>Palos Hills, IL 60465<br><br>Carolyn Thompson<br>C/O Marshall Meyers<br>5025 North Central Ave #602<br>Phoenix, AZ 85012<br><br>Joyce Serratos<br>C/O David Marco - Smith Marco Law Firm<br>205 N Michigan Ave Ste 2940<br>Chicago, IL 60601<br><br>Leslie Davis<br>C/O Adam Theodore Hill - Krohn & Moss<br>10 N Dearborn 3rd Fl<br>Chicago, IL 60601<br><br>John Christensen<br>C/O Andrea Darrow Smith - Hyde & Swigart<br>7121 Magnolia Ave Ste 2940<br>Riverside, CA 92504<br><br>Janette Wilkinson<br>C/O Paul T Krispin - Smith Marco Law<br>205 N Michigan Ave #2940<br>Chicago, IL 60601<br><br>Jessica Barbara McLaughlin Erickson<br>C/O  Bruce Warren - Warren Law Grp PC<br>58 Euclid Street<br>Woodburry, NJ 08096<br><br>David Kaiser<br>C/O Craig J Ehrlich - Weisberg & Meyers<br>5025 N Central Ave #602<br>Phoenix, AZ 85012<br><br>Carrie Herr<br>C/O Alexander Weisberg -Weisberg & Meyer<br>5722 S Flamingo Rd<br>Cooper City, FL 33330<br><br>Angela Smith<br>C/O Holly E Dowd - Weisberg & Meyers<br>5025 N Central Ave Ste 602<br>Phoenix, AZ 85012 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE McCune, Scot Michael                                                      Case No. _____
_____                                      (If known)
            Debtor(s)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Kevin Hegwood**<br>**C/O Michael S. Arguss**<br>**1400 Lincoln Tower**<br>**Fort Wayne, IN  46302** |
| | **Mary McNally**<br>**C/O Ronald S Weiss**<br>**7035 Orchard Lake Rd Ste 600**<br>**West Bloomfield, MI  48322** |
| | **Garry Davison**<br>**C/O Phillip Rogers**<br>**40 Pearl Street Ste 336**<br>**Grand Rapids, MI  49503** |
| | **Sharon Morris**<br>**C/O Todd Friedman PC Law Offices**<br>**324 S Beverly Dr Ste 725**<br>**Beverly, CA  90212** |
| | **Glenn Brody**<br>**C/O Adam Maxwell - Krohn & Moss Ltd**<br>**10 N Dearborn 3rd Fl**<br>**Chicago, IL  60602** |
| | **Andy Butzlaff**<br>**C/O Michael S Arguss - Krohn & Moss Ltd**<br>**10474 Santa Monica Blvd Ste 401**<br>**Los Angeles, CA  90025** |
| | **Jazzma Lavalais**<br>**C/O Ryan Lee - Krohn & Moss Ltd**<br>**10474 Santa Monica Blvd Ste 401**<br>**Los Angeles, CA  90025** |
| | **Taquilla Potts**<br>**C/O Kimberly A Lucas - Mathis & Lucas**<br>**8226 Douglas Ave Ste 450**<br>**Dallas, TX  75225** |
| | **Markelle Starr**<br>**C/O - Phillip C Rogers**<br>**40 Pearl St Ste 336**<br>**Grand Rapids, MI  49503** |
| | **Ashley Story**<br>**C/O Christie Arkovich**<br>**1520 W Cleveland St**<br>**Tampa, FL  33606** |
| | **Sandra Woodson**<br>**C/O David A Lilley - Alex Simarovsky**<br>**1912 Loop 11**<br>**Wichita Falls, TX  76306** |
| | **Mary Baranczyk**<br>**C/O Amber N. Garry** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **McCune, Scot Michael** _____   Case No. _____
                         Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 1300 AT&T Tower 901 Marquette Ave<br>Minneapolis, MN  53402<br><br>Nicole Miles<br>C/O Timothy Sostrin<br>201 Moffet Rd<br>Lake Bluff, IL  60044<br><br>JR Davis<br>C/O Cathleen Combs<br>20 S Clark St Ste 1500<br>Chicago, IL  60603<br><br>Lynda Fisher<br>C/O Paul Weig - Weig Law Firm LLC<br>3101 Irving Ave  S<br>Minneapolis, MN  55408<br><br>Courtney Ordway<br>C/O Craig Thor Kimmel<br>30 East Butler Ave<br>Ambler, PA  19002<br><br>Damon Kenner<br>C/O Nicholas J Bontrager<br>369 S Doherty Dr Ste 415<br>Bverely Hills, CA  90211<br><br>Adolpho Villalpando<br>C/O David Lilley<br>1912 Loop 11<br>Wichita Falls, TX  76306<br><br>Patrick Leddy<br>C/O Todd Friedman PC Law Office<br>324 S Beverly Dr Ste 725<br>Beverly Hills, CA  90212<br><br>Andrey Vabishchevich<br>C/O Bruce Warren<br>58 Euclid St<br>Woodburry, NJ  08096<br><br>Alexander Priel<br>C/O Philip D Zuzolo<br>700 Youngstown - Warren Rd<br>Niles, OH  44446<br><br>Robbin Gill<br>C/O Lark H Fogel Law Office<br>PO Box 2486<br>Elizabeth, CO  80107<br><br>Nedra Williams<br>C/O Dennis Kurz - Weisberg & Meyers LLC<br>9330 LBJ Freeway Ste 900<br>Dallas, TX  75243 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

**IN RE** McCune, Scot Michael _____    Case No. _____
                              Debtor(s)                                            (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | Todd Tucker<br>C/O David A Marco & Larry Paul Smith<br>205 N Michigan Ave Ste 2940<br>Chicago, IL  60601<br><br>Crystal Dudley<br>C/O Sharon Dawn Cousineau<br>700 W Evergreen Blvd<br>Vancouver, WA  98660<br><br>Jennifer Pratt<br>C/O Brent F Vullingo - Bruce Warren<br>93 Old York Rd Ste 333<br>Jenkinstown, PA  19046<br><br>Law Office Of T Dean Malone<br>900 Jackson St Ste 730<br>Dallas, TX  75202-4482<br><br>Annette Marie Powell<br>3020 S Yates St<br>Denver, CO  80236-2025 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1   **Scot Michael McCune**
First Name _____ Middle Name _____ Last Name _____

Debtor 2
(Spouse, if filing)   First Name _____ Middle Name _____ Last Name _____

United States Bankruptcy Court for the: District of Colorado

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | Member | |
| **Employer's name** | SBG Acquisitions | |
| **Employer's address** | 4950 S Yosemite Street #F2- 241 | |
| | Number   Street | Number   Street |
| | | |
| | Greenwood Village, CO 80111 | |
| | City   State   ZIP Code | City   State   ZIP Code |
| **How long employed there?** | 3 Years | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $_____ |

Debtor 1     __Scot Michael McCune_____     Case number (if known)_____
First Name      Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................................➔ | 4. | $_____0.00 | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____0.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____0.00 | $_____ |
| 5e. **Insurance** | 5e. | $_____0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____0.00 | $_____ |
| 5g. **Union dues** | 5g. | $_____0.00 | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | +$_____0.00 | +$_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____0.00 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____0.00 | $_____ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____0.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____0.00 | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____0.00 | $_____ |
| 8e. **Social Security** | 8e. | $_____0.00 | $_____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____0.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____0.00 | $_____ |
| 8h. **Other monthly income.** Specify: __SBG S Corp Distributions__ | 8h. | +$____4,500.00 | +$_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $___4,500.00 | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $___4,500.00 + | $_____ = $___4,500.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. +$_____0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies     12.     $___4,500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:     | None |

**Fill in this information to identify your case:**

Debtor 1  __Scot Michael McCune__
First Name          Middle Name          Last Name

Debtor 2  _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Colorado

Case number  _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,500.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1   **Scot Michael McCune** _____ _____ _____ _____
First Name        Middle Name              Last Name

Case number *(if known)* _____ _____ _____ _____

|  | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ _____0.00_____

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a. $ _____250.00_____

   6b.   Water, sewer, garbage collection    6b. $ _____110.00_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____450.00_____

   6d.   Other. Specify: _____    6d. $ _____0.00_____

7. **Food and housekeeping supplies**    7. $ _____500.00_____

8. **Childcare and children's education costs**    8. $ _____0.00_____

9. **Clothing, laundry, and dry cleaning**    9. $ _____50.00_____

10. **Personal care products and services**    10. $ _____50.00_____

11. **Medical and dental expenses**    11. $ _____150.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ _____250.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ _____50.00_____

14. **Charitable contributions and religious donations**    14. $ _____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a. $ _____0.00_____

   15b.   Health insurance    15b. $ _____0.00_____

   15c.   Vehicle insurance    15c. $ _____200.00_____

   15d.   Other insurance. Specify: **Renters Insurance** _____    15d. $ _____30.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: __ **Estimated  Taxes** _____    16. $ _____650.00_____

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a. $ _____0.00_____

   17b.   Car payments for Vehicle 2    17b. $ _____0.00_____

   17c.   Other. Specify:_____    17c. $ _____0.00_____

   17d.   Other. Specify:_____    17d. $ _____0.00_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).**    18. $ _____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $ _____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property    20a. $ _____0.00_____

   20b.   Real estate taxes    20b. $ _____0.00_____

   20c.   Property, homeowner's, or renter's insurance    20c. $ _____0.00_____

   20d.   Maintenance, repair, and upkeep expenses    20d. $ _____0.00_____

   20e.   Homeowner's association or condominium dues    20e. $ _____0.00_____

Debtor 1    **Scot Michael McCune** _____ _____ _____    Case number *(if known)* _____ _____ _____ _____ _____
First Name        Middle Name            Last Name

21.   **Other**. Specify: **See Schedule Attached** _____    21.  +$_____250.00_____

22.   **Your monthly expenses.** Add lines 4 through 21.
      The result is your monthly expenses.                                   22.   $_____4,490.00_____

23.   **Calculate your monthly net income.**

      23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $_____4,500.00_____

      23b.   Copy your monthly expenses from line 22 above.                  23b.  −$_____4,490.00_____

      23c.   Subtract your monthly expenses from your monthly income.
             The result is your *monthly net income*.                        23c.   $_____10.00_____

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your
      mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑ No.
      ☐ Yes.    **None**

**IN RE** McCune, Scot Michael                                    Case No. _____

<center>Debtor(s)</center>

<center>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

</center>

Other Expenses

| | |
|---|---:|
| **Miscellaneous & Contingencies** | **200.00** |
| **Pet Care** | **50.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

**IN RE** McCune, Scot Michael                                                      Case No. _____
_____
                    Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**52** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 7, 2015**                          Signature: **/s/ Scot Michael McCune**
                                                                    **Scot Michael McCune**                                              Debtor

Date: _____          Signature: _____
                                                                                                                              (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                    _____
                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                    Case No. _____

**McCune, Scot Michael** _____    Chapter **7** _____
                         Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **May  7, 2015** _____    Signature: _**/s/ Scot Michael McCune**_ _____
                                    **Scot Michael McCune**                      Debtor


Date: _____    Signature: _____
                                                                      Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A&O Acquistions LLC
14850 Hwy 4 Ste A154
Discovery Bay, CA  94505


Adolpho Villalpando
C/O David Lilley
1912 Loop 11
Wichita Falls, TX  76306


Advanta Credit Card
PO Box 660676
Dallas, TX  75266-0676


Aimee Morris Law
RE Sharon Morris
8400  Miramar Rd #200-230A
San Diego, CA  92126


Aimee Morris Law
8400  Miramar Rd #200-230A
San Diego, CA  92126


Alan Hall
C/O Todd Friedman PC Law Office
369 South Doheny Dr Ste 415
Beverly Hills, CA  90211


Alexander Priel
C/O Philip D Zuzolo
700 Youngstown - Warren Rd
Niles, OH  44446


Alvin & Rimma Schlesinger
C/O Rory C Leisinger, Price Law Grp
15760 Ventura Blvd Ste 1100
Encino, CA  91436

Amber Siekman
C/O David Marco - Smith Marco Law Firm
205 North Michigan Ave Ste 2940
Chicago, IL  60601


Andrea Renee Adams
C/O Robert Steven Gimblin II
1700 Poole Blvd
Yuba City, CA  95993


Andrew David Shafer
Simburg Ketter Sheppard & Purdy
999 3rd Ave # 2525
Seattle, WA  98104


Andrew Gonzales
416 Chatamridge Ct
Fort Worth, TX  76052


Andrey Vabishchevich
C/O Bruce Warren
58 Euclid St
Woodburry, NJ  08096


Andy Butzlaff
C/O Michael S Arguss - Krohn & Moss Ltd
10474 Santa Monica Blvd Ste 401
Los Angeles, CA  90025


Angela Laird Aka Angela Dinger
C/O Joshua Trigsted, Trigsted Law Grp PC
5200 SW Meadows Ste 150
Lake Oswego, OR  97035

Angela Smith
C/O Holly E Dowd - Weisberg & Meyers
5025 N Central Ave Ste 602
Phoenix, AZ  85012


Annette Marie Powell
3020 S Yates St
Denver, CO  80236-2025


Ashley Story
C/O Christie Arkovich
1520 W Cleveland St
Tampa, FL  33606


Ashley Williams
C/O Jeffrey Daniel Wolfe -Jacoby & Meyer
101 N 1st Ave Ste 2400
Phoenix, AZ  85003


Ava Moradieh-Kashan
C/O Hyflip & Taylor
1100 W Cermak Rd Suite B410
Chicago, IL  60608


BC Services
RE Centura Porter Hospital
451 21st Ave
Longmont, CO  80502


Behite T Mansour
C/O David M. Kaplan Atty At Law
2129 Five Miles Lane Rd
Penfield, NY  14526

Betsy Hunt
C/O Thompson Law Group PC
400 Penn Center Blvd Suite 306
Pittsburgh, PA  15235


Bobbie Jo Diebold - Credit Card Reseller
811 Newberry Lane
Chaska, MN  55318


Brooking Weaver
C/O David M Larson, Atty At Law
88 Inverness Cir East Ste E-102
Englewood, CO  80112


Burr & Foreman
PO Box 830719
Birmingham, AL  35283-0719


Carlyn Floyd
C/O Christopher C Hunter - Michael Argus
25240 Lahser Ste 2
Southfield, MI  48033


Carolyn Thompson
C/O Marshall Meyers
5025 North Central Ave #602
Phoenix, AZ  85012


Carrie Herr
C/O Alexander Weisberg -Weisberg & Meyer
5722 S Flamingo Rd
Cooper City, FL  33330

Casey Geary
C/O Ramo Robert Amador
9452 Telephone Rd Ste 156
Ventura, CA  93004


CCI Acquisitions LLC
12105 Ne 9th Ave
North Miami, FL  33161


Centura Health Porter
9395 Crown Crest Bkvd
Parker, CO  80138


Charles Litow
Litow Law Office
222 3rd Street Ste 319
Cedar Rapids, IA  52401


Chem Oil
546 Oakland Space Court
Aurora, CO  80010


Cherry Creek Strategic Advisors
4380 S Syracuse Street Ste 200
Denver, CO  80237-2624


Cherrywood Enterprises LLC
8 Jerome Ct
Cheektowaga, NY  14227


Colorado Attorney General
1300 Broadway 6th Floor
Denver, CO  80203

Colorado Department Of Revenue
1375 Sherman Street
Denver, CO  80261


Comcast Communications
PO Box 34227
Seattle, WA  98124-1227


Courtney Ordway
C/O Craig Thor Kimmel
30 East Butler Ave
Ambler, PA  19002


Credigy Corporation
Aka Gryphon Corp
3715 Davinci Ct Ste 200
Norcross, GA  30092


Crown Assets Management LLC
3100 Breckenridge Blvd #725
Duluth, GA  30096


Crystal Dudley
C/O Sharon Dawn Cousineau
700 W Evergreen Blvd
Vancouver, WA  98660


CSS Impact Collection Solutions Software
5950 Canoga Ave Ste 120
Woodland Hills, CA  91367


CT Westgold LLC
11111 Santa Monica Blvd Ste 600
Los Angeles, CA  90025

Cuzco Capital LLC
111 Great Neck Rd
Great Neck, NY  11021


Cynthia McWatters
C/O Gary D Nitzkin - Michigan Consumer
22142 West Nine Mile Rd
Southfield, MI  48033


Damon Kenner
C/O Nicholas J Bontrager
369 S Doherty Dr Ste 415
Bverely Hills, CA  90211


Darin Spence Shaw
Todd Friedman PC
324 S Beverly Dr #725
Beverly Hills, CA  90212


David B Levin
Allen Chern Law LLC
79 W Monroe Street 5th Fl
Chicago, IL  60603


David Kaiser
C/O Craig J Ehrlich - Weisberg & Meyers
5025 N Central Ave #602
Phoenix, AZ  85012


David Lilley
Alex Simarovsky & Assoc
1912 Loop 11
Witchita Falls, TX  76306

Diana E Borgognoni Snyder
Wright Lindsey Jennings LLP
200 W Capital Ave #2300
Little Rock, AR  72201


Diane Hertzog
C/O Jacob J Scheiner
30 East 29th St Ste 204
New York, NY  10016


Donna Carter
C/O Bruce Warren
58 Euclid St
Woodburry, NJ  08096


East Central Iowa Acute Care
Dr Jeff Curnes DO
1026 A Ave NE
Cedar Rapids, IA  52402


Ed Financial
120 N Seven Oaks Drive
Knoxville, TN  37922


Erin Landini
C/O Michael Arguss - Arguss Law Firm
4619 N Ravenswood Ave Ste 303A
Chicago, IL  60640


EZ Corp
1901 Capital Parkway
Austin, TX  78746


First Financial Asset Mgmt Inc
230 Peachtree Street NE Ste 1700
Atlanta, GA  30303

```
Frederick E Nix
Laura Margulies & Associates LLC
6205 Executive Blvd
Rockville, MD  20852


Garry Davison
C/O Phillip Rogers
40 Pearl Street Ste 336
Grand Rapids, MI  49503


Gerald Thomas
C/O David Ali Chami - Price Law Grp APC
1204 E Baseline Rd Ste 102
Tempe, AZ  85283


Glenn Brody
C/O Adam Maxwell - Krohn & Moss Ltd
10 N Dearborn 3rd Fl
Chicago, IL  60602


Global Software Services
7800 Belfort Pkwy Ste 100
Jacksonville, FL  32256


Goldberg Segalla
665 Main Street Ste 400
Buffalo, NY  14203-1425


Gregory L Strahr
C/O Hyflip & Taylor
1100 W Cermak Rd Suite B410
Chicago, IL  60608
```

Harry Bradley
Krohn Moss Ltd
10 N Dearborn St 3rd Fl
Chicago, FL  60602


Heather Ricks
1 Prestige Pl Ste 700
Miamisburg, OH  45342-6148


Holley Anderson & Polk
1667 Cole Blvd #100 Bldg 19
Lakewood, CO  80401


Holly Erb
C/O Craig K Perry & Associates
8010 West Sahara Avenue Ste 260
Las Vegas, NV  89130


Hylan Deb Fund LLC
5477 Main St
Amherst, NY  14221


Ingrid Devlin
C/O Robert T Healy - Healy Law LLC
640 Cepi Dr Ste 19
Chesterfield, MO  63005


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


IP5280
128i1 South Magnolia Way
Denver, CO  80224

J Adam Dubberstein Law Firm LLC
225 S Executive Dr Ste 201
Brookfield, WI  53005


James Mayer
C/O Lee Cassie Yates Clagett
2413 Ring Rd Ste 117
Elizabethtown, NY  42701


Janette Wilkinson
C/O Paul T Krispin - Smith Marco Law
205 N Michigan Ave #2940
Chicago, IL  60601


Jason Pack
C/O Jill Gookin - Gookin Law LLC
1635 Foxtrail Dr
Loveland, CO  80538


Jason Sims
2075 W Big Beaver Rd #200
Troy, MI  48084


Jazzma Lavalais
C/O Ryan Lee - Krohn & Moss Ltd
10474 Santa Monica Blvd Ste 401
Los Angeles, CA  90025


Jefferson Capital Systems LLC
16 McLeland Rd
St Cloud, MN  56303


Jeffrey Charles Turner
8163 Old Yankee St Ste C
Dayton, OH  45458

Jeffrey T Holynski
4295 East Mexico Ave #210
Denver, CO  80222


Jenee Rhett
C/O David S Waltzer - Waltzer Law Grp
1 Central Ave Ste 307
Tarrytown, NY  10591


Jennifer Pratt
C/O Brent F Vullingo - Bruce Warren
93 Old York Rd Ste 333
Jenkinstown, PA  19046


Jeremy Winter
Debt Reset Inc
1300 Ethan Way # 125
Sacramento, CA  95825


Jerry Leininger
C/O Holli D Colburn - Krohn & Moss Ltd
10474 Santa Monica Blvd Ste 401
Los Angeles, CA  90025


Jessica Barbara McLaughlin Erickson
C/O  Bruce Warren - Warren Law Grp PC
58 Euclid Street
Woodburry, NJ  08096


John Christensen
C/O Andrea Darrow Smith - Hyde & Swigart
7121 Magnolia Ave Ste 2940
Riverside, CA  92504

John Cortes
C/O Joshua Swigart - Hyde & Swigart
2221 Camino Del Rio South Ste 101
San Diego, CA  92107


John Franzman
6841 South Yosemite St #110
Centennial, CO  80112


Jonathan Catlin
PO Box 621
Naples, NY  14512


Joy Lamgford
C/O Ryan Lee - Krohn & Moss Ltd
10474 Santa Monica Blvd Ste401
Los Angeles, CA  90025


Joyce Serratos
C/O David Marco - Smith Marco Law Firm
205 N Michigan Ave Ste 2940
Chicago, IL  60601


JR Davis
C/O Cathleen Combs
20 S Clark St Ste 1500
Chicago, IL  60603


Julie Ferren
C/O Richard John Meir - Meir LLC
53 W Jackson Ste 304
Chicago, IL  60604

Julie Gerren
C/O Richard Meir LLC
53 W Jackson Blvd Ste 709
Chicago, IL  60604


Julie Martinez
155 Montrose Avenue Ste 200
Copley, OH  44321


Karl Gibson
C/O
917 W 18th Street Suite 200
Chicago, IL  60608


Kevin Hegwood
C/O Michael S. Arguss
1400 Lincoln Tower
Fort Wayne, IN  46302


Kevin Whipple - Big Sky Research
PO Box 1356
Meridian, ID  83680


Knight Capital Funding
9 E Loockerman Street Ste 3A-543
Dover, DE  19901


Lance Tacquard
C/O Law Ofc Of Daniel G Shay
409 Camino Del Rio South Ste 101B
San Diego, CA  92108


Law Office Of T Dean Malone
900 Jackson St Ste 730
Dallas, TX  75202-4482

Lawrence Burguin
C/O Juliana C Fredman -Bay Area Legal
1035 Market St 6th Fl
San Francisco, CA  94103


Leslie Davis
C/O Adam Theodore Hill - Krohn & Moss
10 N Dearborn 3rd Fl
Chicago, IL  60601


LexisNexis Risk & Information Analyics
1150 18th St NW Ste 600
Washington, DC  20036


Lighthouse Recovery Associates LLC
4380 S Syracuse St #200
Denver, CO  80237-2607


LiveVox Inc
450 Sansome St 9th Fl
San Francisco, CA  94111


Lynda Fisher
C/O Paul Weig - Weig Law Firm LLC
3101 Irving Ave  S
Minneapolis, MN  55408


Marcella Eady
C/O David Marco - Smith Marco Law Firm
205 North Michigan Ave Ste2940
Chicgao, IL  60601


Mark Paulson
1079 Colette Pl
Saint Paul, MN  55116

Markelle Starr
C/O - Phillip C Rogers
40 Pearl St Ste 336
Grand Rapids, MI   49503


Mary Baranczyk
C/O Amber N. Garry
1300 AT&T Tower 901 Marquette Ave
Minneapolis, MN   53402


Mary Elizabeth Reid
C/O Brett Freeman Sabatini Law Firm LLC
216 N Blake Street
Dunmore, PA   18512


Mary McNally
C/O Ronald S Weiss
7035 Orchard Lake Rd Ste 600
West Bloomfield, MI   48322


Mason Douglas LLC
2285 Arrowhead Circle
Santa Clara, UT   84765


Medina Moyet
C/O M Harvey Rephen & Assoc PC
708 3rd Ave 6th FL
New York, NY   10017


Messer Stilp & Strickler
166 W Washington St Ste 300
Chicago, IL   60602


Metropolitan Pathologist PC
7444 W Alaska Dr Ste 250
Lakewood, CO   80226

Michael Carnovale - MC Inc/Carnvale Grp
1300 Dexter Ave North Ste 500
Seattle, WA  98109


Michael Rivera
C/O Brett Lusskin PA
20803 Biscayne Blvd Ste 302
Aventura, FL  33180


Michael S Arguss
1400 Lincoln Tower
Fort Wayne, IN  46302


Michael Wheeler
4304 Biscay Street
Denver, CO  80249


Midas Credit
PO Box 23741
Tampa, FL  33623


Mindy Burton
C/O Nicholas James Priola
5754 W 11th St Ste 100
Greeley, CO  80634


Mitchell Luxenberg
Luxenberg & Levin LLC
23875 Commerce Park
Beachwood, OH  44122


Myrick Law PC
8811 E Hampden Ave #220
Denver, CO  80231-4960

National Credit Adjusters
327 W 4th Ave
Hutchinson, KS  67501


National Recovery Solutions LLC
8809 Lenox Pointe Dr Ste E
Charlotte, NC  28273


National Registered Agents
100 Canal Pointe Blvd Ste 212
Princeton, NJ  08540


Nedra Williams
C/O Dennis Kurz - Weisberg & Meyers LLC
9330 LBJ Freeway Ste 900
Dallas, TX  75243


Nicholas Levi
Peter Valde Kightlinger & Gray LLP
151 N Delaware Street #600
Indianapolis, IN  46204


Nicole Miles
C/O Timothy Sostrin
201 Moffet Rd
Lake Bluff, IL  60044


NorAm Capital Holdings Inc
15303 N Dallas Pkwy Ste 1030
Addison, TX  75001


Novea Portfolio Management LLC
2124 NE 123rd St Ste 206
North Miami, FL  33181

Omega RMS LLC
7505 NW Tiffany Springs Pkwy Ste 500
Kansas City, MO   64153


One Click Data
8246 Northfield Blvd Ste 2500
Denver, CO   80238


Pari Investors
1745 Shea Center Dr Ste 400
Highlands Ranch, CO   80129


Patricia McDonnell
C/O Revaz Chachanashvili Law Group PLLC
7118 Main Street Suite 2
Flushing, NY   11367


Patrick Leddy
C/O Todd Friedman PC Law Office
324 S Beverly Dr Ste 725
Beverly Hills, CA   90212


Pete Bistrian
C/O The Nichols Law Firm PLLC
115 East Travis St Suite 1740
San Antonio, TX   78205


Philip Klass, Klass Law Group
2109 S Wadsworth Blvd, Ste 202
Lakewood, CO   80227


Phillips Lytle LLP
1 HSBC Center Ste 3400
Buffalo, NY   14203-2834

Pipeline Debt Consulting LLC
13046 Racetrack Rd
Tampa, FL  33626


Portfolio American Asset Management LLC
14 Piedmont Center 3535 Piedmont Ste 410
Atlanta, GA  30305


Powell Law Office
C/O Holley Albertson & Polk PC
1667 Cole Blvd Bldg 19 Suite 100
Golden, CO  80401


Precise Financial Group LLC
5005 W 81st Pl Ste 401
Westminster, CO  80031


Radiology Imaging Associates, PC
PO Box 272011
Denver, CO  80227-9011


Rapid Portfolio Management Services
1070 Lyons Lane
Marion, IA  52302


Razor Capital LLC
8000  Normam Center Dr
Bloomington, MN  55437


Renkim Corporation
13333 Allen Road
Southgate, MI  48195

Revenue Enterprises
3131 S Vaughn Way Ste 426
Aurora, CO  80014


Richard  Tuyn
Ogletree Deakins Nash Smoak & Stewart
33 Bloomfield Hills Pkwy #120
Bloomfield, MI  48304


Rob Monroe - Accelerated Debt Solutions
1735 Buford Highway Ste 215-328
Cumming, GA  30047


Robbin Gill
C/O Lark H Fogel Law Office
PO Box 2486
Elizabeth, CO  80107


Robert Barry
21012 Saddleback Circle
Parker, CO  80138


Ronald Gaspardo & Paula Baldwin
C/O Tom Vaitys - Vaitys Law
7670 N Port Washington #200
Milwaukee, WI  53217


Rosalio Walker
C/O David Philipps
9760 S Roberts Rd #0ne
Palos Hills, IL  60465


Ryan Lee
Krohn & Moss Ltd
10474 Santa Monica Blvd #401
Los Angeles, CA  90025

Samantha Gearhart
C/O Craig Thor Kimmel
30  E Butler Pike
Ambler, PA  19002


Sandra Woodson
C/O David A Lilley - Alex Simarovsky
1912 Loop 11
Wichita Falls, TX  76306


Scottsdale Insurance Company
C/O Swett & Crawford Group
6510 S Millrock Dr
Salt Lake City, UT  84121


Seven Anderson
C/O Holli D Colburn - Krohn & Moss Ltd
10474 Santa Monica Blvd Ste401
Los Angeles, CA  90025


Sharon Morris
C/O Todd Friedman PC Law Offices
324 S Beverly Dr Ste 725
Beverly, CA  90212


Shimshon Wexler
216 West 104th St
New York, NY  10025


Singo Solution
5045 W Baseline Rd Bldg 105 # 250
Laveen, AZ  85339

Steven H Pilgrim II
C/O Cassandra P Miller
20 South Clark St Ste 1500
Chicago, IL  60603


Surety 1 Surety Solutions Insurance Srv
3225 Monier Circle Ste 100
Rancho Cordova, CA  95742


Susan Pompeo
C/O Michael Arguss - Arguss Law Firm LLC
4619 N Ravenswood Ave Ste 303A
Chicago, IL  60640


Taletta Hankins
C/O Jared Hartman, Hartman Law Office
400 S Melrose Dr Ste 209
Vista, CA  92081


Tamarack Properties Inc
12865 Pointe Del Mar #200
Del Mar, CA  92014


Taquilla Potts
C/O Kimberly A Lucas - Mathis & Lucas
8226 Douglas Ave Ste 450
Dallas, TX  75225


The Hartford Casualty Insurance Company
One Hartford Plaza T-12-B
Hartford, CT  63550


The Salvo Law Firm PC
165 Passaic Ave Ste 310
Fairfield, NJ  07004-3592

```
The Work Number
11432 Lackland Rd
Saint Louis, MO  63146


Tina M Dahle
700 E Walnut Street
Green Bay, WI  54301


TLO - Transunion
4530  Conference Way South
Boca Raton, FL  33431


Todd Tucker
C/O David A Marco & Larry Paul Smith
205 N Michigan Ave Ste 2940
Chicago, IL  60601


Tom & Emily Marlin
5218 S East St #E1
Indianapolis, IN  46237


Travelers Insurance
485 Lexington Ave
New York City, NY  10017


Troy Hansen
2401 S Federal Ave
Mason City, IA  50401


Tyjuan Gould
18004 Golden Spring Ct
Olney, MD  20832
```

```
Tyson Marshek
1123 Tower Ct
Iowa City, IA  35246



United Debt Holdings LLC
4833 Front Street Unit B 243
Castle Rock, CO  80104



United Healthcare
PO Box 29135
Hot Springs, AR  71903



Vectra Bank
PO Box 1507
Salt Lake City, UT  84110



VeriCore
10115 Kincey Ave Ste 100
Huntersville, NC  28078



Virginia & Takoshi Shimizu
202 N Las Flores Dr
Nipomo, CA  93444



W Keith Wier
Bush & Ramirez LLP
5615 Kirby Drive #900
Houston, TX  77005



W Keith Wier  - Bush & Ramirez LLP
RE Taquilla Potts
5615 Kirby Drive #900
Houston, TX  77005
```

```
Wellington Acquisition Group
Attn Jeff Silver
7554 Oak Grove Circle
Lake Worth, FL  33467


Wells Fargo Financial Cards
PO Box 14517
Des Moines, IA  50306
```