# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:                                       ) Bankruptcy Court Case No. __-_____
**Scot Michael McCune**                      ) Chapter 7
SSN: xxx-xx-9150,                            )
                                             )
                Debtor.                      )

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I, Scot Michael McCune, state as follows:

I did not file with the Court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ]   I was not employed during the period immediately preceding the filing of the above-referenced case,   (insert dates not employed)  ;

[ ]   I was employed during the period immediately preceding the filing of the above-referenced case, but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[X]   I am self-employed and do not receive any evidence of payment from an employer;

[ ]   Other (please provide explanation):_____.

I declare under penalty of perjury that the foregoing statement is true and correct.


Date: May 7, 2015                      */s/ Scot Michael McCune*
                                       Scot Michael McCune